**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re:

**SERAFIN MARRERO LEBRON**                          **Case No.    11-08587-BKT**

                                    **Chapter 13**      **Attorney Name:    ROBERTO FIGUEROA CARRASQUILLO**

---

**I. Appearances**

| | | |
|---|---|---|
| Debtor | [X] Present | [ ] Absent |
| Joint Debtor | [ ]Present | [ ] Absent |
| Attorney for Debtor | [X] Present | [ ] Absent |

[ ]  Prose

[ ]  Substitute

**Date & Time:        11/4/2011  1:00:00PM**

[X] R        [ ] NR      LV:    TBD

[X] This is debtor(s) 2 Bankruptcy filing.

**Creditors:**

**II. Oath Administered**
          **[X] Yes                [ ] No**

---

**III. Plan**

Date:      10/03/2011          Base:       $10,440.00    Payments 1 made out of  1 due.

Confirmation Hearing Date:         12/2/2011  2:30:00PM

Evidence of Pmt shown:

---

**Attorney's fees as per R. 2016(b)**
      **$3,000.00    -  $96.00      =  $2,904.00**

---

**IV. Status of Meeting**

[X] Closed          [ ] Not Held         [ ] Held/Continued

[ ] Held/Not Closed

[ ] Continued

Continued Date:

Comments:

---

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to:  [ ] Appear: [ ] Commence payments

[ ] Keep payments current [ ] does (do) not qualify as a debtor (§109):

[] MTD Already filed, see Docket:

[ ] Other:

**In re:**

**SERAFIN MARRERO LEBRON**

**Case No.   11-08587-BKT**

**Chapter 13**      **Attorney Name:   ROBERTO FIGUEROA CARRASQUILLO**

---

(Cont.)

**Trustee's Report on Confirmation**

**[ ] FAVORABLE**

**[X] UNFAVORABLE**

| | |
|---|---|
| [ ] Feasibility | [ ] No provision for secured creditor(s) |
| [X] Insufficiently funded | [ ] Treat value of collateral separately |
| [ ] Unfair discrimination | [ ] No provision for insurance |
| | [ ] Tax returns missing |
| [ ] Fails disposable income | [ ] State  -  years |
| [ ] Fails liquidation value test | |
| [ ] Insuarence quote | [ ] Federal  -  years |

**Pending/Items/ Documents:**

| | |
|---|---|
| [ ] Assumption/Rejection executory contract | [ ] Business Documents |
| | [ ] Monthly reports for the months |
| [ ] Appraisal | |
| | [ ] Public Liability Insurance |
| [ ] DSO Recipient's Information | [ ] Premises |
| | [ ] Vehicle(s): |
| [ ] Evidence of being current with DSO | [ ] Licenses issued by: |
| [ ] Evidence of income | |

**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re:

**SERAFIN MARRERO LEBRON**                          Case No.   **11-08587-BKT**

                                    **Chapter 13**        **Attorney Name:    ROBERTO FIGUEROA CARRASQUILLO**

| COMMENTS |
|---|
| **Note: Tax Returns (No taxable income for years 07-10.  Form SC 2781 provided.** |
| |
| **Debtor to amend objection to exemptions claimed over real property in 5 days.  As per POC filed  by creditor,** |
| **debtor exceeds in his claim for exemtpions.  If not amended TRustee to object.** |
| |
| **Insuff funded to pay secured arrears.** |
| |
| **Provide evidence of post petition mortgage payments.** |
| |
| **Provide evidence of:** |
| **-income** |
| **-Social Sec benfits** |
| **-Certification of Retiro Loan maturity.** |
| |
| **Debtor to provide his liquidation value analysis in order to review 15% expenses in the liquidation of the** |
| **inheritance property.** |
| |
| |

<u>**s/Pedro R Medina**</u>                                           **Date:      11/04/2011**

**Trustee/Presiding Officer**                                                  **(Rev. 02/11)**