IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

SERAFIN MARRERO LEBRON

DEBTOR

\* CASE NO. 11-08587 BKT

\* CHAPTER 13

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION REQUESTING VOLUNTARY DISMISSAL

TO THE HONORABLE COURT:

NOW COMES, **SERAFIN MARRERO LEBRON,** debtor, through the undersigned attorney, and very respectfully states and prays as follows:

1. On October 3, 2011, the debtor filed for protection under Chapter 13 of the Bankruptcy Code, 11 USC §§1301 et seq., in the above captioned case.

2. The debtor, Serafin Marrero Lebron, respectfully requests a voluntary dismissal of his bankruptcy case. 11 U.S.C. §1307.

3. There has been a prior case, 06-03214 SEK7, and no prior conversions.

**WHEREFORE**, Serafin Marrero Lebron, petitioner in the above captioned case, very respectfully requests this Honorable Court enter an Order dismissing the present bankruptcy case.

**NOTICE: Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006 (f) if you were served by mail, any party against whom this paper has been served, or any other party to the action that objects to the relief sought herein shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

Page -2-
Motion for Voluntary Dismissal
Case no. 11-08587 BKT13

IT IS HEREBY CERTIFIED, that on this same date a copy of the present motion was filed with the Clerk of the Court using the CM/ECF system which will send notification to Alejandro Oliveras Rivera, Esq., Chapter 13 Trustee; US Trustee's Office; and I also certify that a copy of this motion was sent via regular US Postal Mail to Serafin Marrero Lebron, El Verde 90 Calle Mercurio Caguas PR 00725, debtor; and to all creditors appearing from the attached master address list.

**RESPECTFULLY SUBMITTED**, in San Juan, Puerto Rico, this 14th day of January, 2014.

/s/R. Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
USDC 203614/ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
TEL 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

Certifico que he leído esta Moción y que la misma ha sido redactada de acuerdo a mis instrucciones, habiendoseme advertido de todas las consecuencias legales que esto implica. En Caguas, Puerto Rico, hoy 14 de enero de 2014.

SERAFIN MARRERO LEBRON

MARRERO LEBRON, SERAFIN
EL VERDE
90 MERCURIO STREET
CAGUAS, PR 00725

R. Figueroa Carrasquillo Law Office
PO Box 186
Caguas, PR 00726-0186

BANCO POPULAR DE PR
PO BOX 70100
SAN JUAN, PR 00936-8100

FIRST BANK
PO BOX 19327
SAN JUAN, PR 00910-1427